Dennies Varughese
Nirav Desai (*pro hac vice* pending)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
ndesai@sternekessler.com

*Counsel for Defendants Ajanta Pharma
Limited and Ajanta Pharma USA Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJANTA PHARMA LIMITED and AJANTA PHARMA USA INC., <br><br> Defendants. | C.A. No. 3:21-cv-06964-FLW-LHG <br><br> **CONSENT ORDER GRANTING** <br> ***PRO HAC VICE* ADMISSION** <br><br> (Filed Electronically) |

**THIS MATTER** having come before the Court on the application of Sterne, Kessler, Goldstein & Fox P.L.L.C., counsel for Defendants Ajanta Pharma Ltd. and Ajanta Pharma USA Inc., for the *pro hac vice* admission of Nirav N. Desai and Grace Tuyiringire of the law firm of Sterne, Kessler, Goldstein & Fox, P.L.L.C.; Plaintiff, through counsel, having consented to said application; and the Court having considered all the submissions in support of said application; and for good cause having been shown;

**IT IS** on this 8th day of July, 2021,

**ORDERED** that Defendants' application for the *pro hac vice* admission of Nirav N. Desai and Grace Tuyiringire is hereby **GRANTED**; and it is further

**ORDERED** that Nirav N. Desai and Grace Tuyiringire are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering appearances on behalf of and representing Defendants in this matter; and it is further

**ORDERED** that Nirav N. Desai and Grace Tuyiringire shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Nirav N. Desai and Grace Tuyiringire, shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Nirav N. Desai and Grace Tuyiringire shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Nirav N. Desai and Grace Tuyiringire shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Dennies Varughese or his partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

HON. LOIS H. GOODMAN, U.S.M.J.