UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AJANTA PHARMA LTD., AJANTA PHARMA USA INC., TORRENT PHARMACEUTICALS LTD., and TORRENT PHARMA INC.,<br><br>Defendants. | C.A. No. 3:21-cv-06964-GC-DEA (consolidated)<br><br>**(Filed Electronically)** |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

This action for patent infringement having been brought by Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") against Defendants Ajanta Pharma Limited and Ajanta Pharma USA Inc. (collectively, "Ajanta").

Pursuant to Fed. R. Civ. P. 41, Supernus and Ajanta by and through their undersigned counsel, hereby stipulate, that:

1. All claims, counter-claims, and defenses asserted by Supernus and Ajanta are dismissed without prejudice; and

2. Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby.

| | |
|---|---|
| Dated: March 31, 2023 | SO-STIPULATED |
| /s/ *William C. Batton* | /s/ *Eric I. Abraham* |
| William C. Baton<br>Charles M. Lizza<br>Sarah A. Sullivan<br>SAUL EWING LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102<br>wbaton@saul.com | Eric I. Abraham<br>HILL WALLACK LLP<br>21 Roszel Road<br>Princeton, NJ 08543<br>(609) 924-0808<br>eabraham@hillwallack.com |
| *Of Counsel*: | *Of Counsel:* |
| Edgar H. Haug<br>Nicholas F. Giove<br>Richard F. Kurz<br>**HAUG PARTNERS LLP**<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800 | Dennies Varughese, Pharm.D.<br>Nirav Desai<br>Joseph H. Kim<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C<br>1100 New York Avenue NW, Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>ndesai@sternekessler.com<br>josephk@sternekessler.com |
| *Attorneys for Plaintiff*<br>*Supernus Pharmaceuticals, Inc.* | *Attorneys for Ajanta Pharma Limited and Ajanta Pharma USA Inc.* |

SO ORDERED

Dated: __4/4/2023__   　　　　　　　　　　　/s/ *Georgette Castner*
　　　　　　　　　　　　　　　　　　　　　Georgette Castner U.S.D.J.