# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE: TRENTON**  **DATE: 8/1/2023**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**
SUPERNUS PHARMACEUTICALS, INC.   **LEAD CASE No. 21-6964(GC)(DEA)**

v.

TORRENT PHARMACEUTICALS LTD., et al.

**APPEARANCES:**
William Baton, Esq., Nicholas Giove, Esq., Richard Kurz, Esq., Jason Kanter, Esq., Jessica Stookey, Esq., Andrew Wasson, Esq. & Anna Lukacher, Esq., for Plaintiff.
Rebekah Conroy, Esq., Neal Seth, Esq., Lawrence Sung, Esq., Wesley Weeks, Esq. & Corey Weinstein, Esq., for Defendants.

**NATURE OF PROCEEDINGS:**
**Trial without jury continued before the Honorable Georgette Castner, U.S.D.J.**
Ordered courtroom unsealed retroactively as of the conclusion of the video deposition of Yogesh Patel on 7/31/23.
Dr. David Taft, sworn for Plaintiff.
Parties moved to seal the courtroom during portions of Dr. Taft's testimony; courtroom sealed.
Various exhibits admitted and entered into evidence.
Courtroom unsealed.
Dr. Mansoor Kahn, sworn for Plaintiff.
Parties moved to seal the courtroom during portions of Dr. Kahn's testimony; courtroom sealed.
Court recess: 12:45 P.M. – 1:20 P.M.
Various exhibits admitted and entered into evidence.
Courtroom unsealed.
Trial without jury adjourned until Wednesday, August 2, 2023, at 9:00 a.m.

**TIME COMMENCED**:   9:05 A.M.
**TIME ADJOURNED:**   4:45 P.M.
**TOTAL TIME:**   7 hours 5 minutes

*s/Ann Dello Iacono*
**Deputy Clerk**