**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>**

**OFFICE: TRENTON**                                    **DATE: 8/2/2023**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**                                    **LEAD CASE No. 21-6964(GC)(DEA)**
SUPERNUS PHARMACEUTICALS, INC.

v.

TORRENT PHARMACEUTICALS LTD., et al.

**APPEARANCES:**
William Baton, Esq., Nicholas Giove, Esq., Richard Kurz, Esq., Jason Kanter, Esq.,
Jessica Stookey, Esq., Andrew Wasson, Esq., Chinmay Bagwe, Esq. & Anna Lukacher, Esq.,
for Plaintiff.
Rebekah Conroy, Esq., Neal Seth, Esq., Lawrence Sung, Esq., Wesley Weeks, Esq.
& Corey Weinstein, Esq., for Defendants.

**NATURE OF PROCEEDINGS:**
**Trial without jury continued before the Honorable Georgette Castner, U.S.D.J.**
Various exhibits admitted and entered into evidence.
Plaintiff concluded presentation of its witnesses.
Defendant moved for judgment as a matter of law.
Court reserved decision.
Dr. David Rotella, sworn for Defendant.
Various exhibits admitted and entered into evidence.
Court recess: 12:45 P.M. – 1:15 P.M.
Dr. Linda Felton, sworn for Defendant.
Various exhibits admitted and entered into evidence.
Trial without jury adjourned until Thursday, August 3, 2023, at 9:00 a.m.

**TIME COMMENCED**:        9:05 A.M.
**TIME ADJOURNED:**        2:30 P.M.
**TOTAL TIME:**            4 hours 55 minutes

*s/Ann Dello Iacono*
**Deputy Clerk**