# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE: TRENTON**                                     **DATE: 8/3/2023**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIMBERLY WILSON**

**TITLE OF CASE:**
SUPERNUS PHARMACEUTICALS, INC.            LEAD CASE No. 21-6964(GC)(DEA)

v.

TORRENT PHARMACEUTICALS LTD., et al.

**APPEARANCES:**
William Baton, Esq., Nicholas Giove, Esq., Richard Kurz, Esq., Jason Kanter, Esq.,
Jessica Stookey, Esq., Andrew Wasson, Esq., Chinmay Bagwe, Esq. & Anna Lukacher, Esq.,
for Plaintiff.
Rebekah Conroy, Esq., Neal Seth, Esq., Lawrence Sung, Esq., Wesley Weeks, Esq.
& Corey Weinstein, Esq., for Defendants.

**NATURE OF PROCEEDINGS:**
**Trial without jury continued before the Honorable Georgette Castner, U.S.D.J.**
Plaintiff moved to reopen non-infringement portion of case for the purpose of moving in certain exhibits; exhibits admitted and entered into evidence.
Dr. Linda Felton, still under oath, for direct on invalidity.
Dr. Mansoor Khan, still under oath, for direct on invalidity.
Dr. Linda Felton, still under oath, for rebuttal.
Dr. Mansoor Khan, still under oath, recalled for Plaintiff.
Counsel rested case.
Parties are to submit joint proposed findings of fact within 45 days with the post-trial briefing.
Post-trial submissions and closing arguments are set as per scheduling order at ECF 153.

**TIME COMMENCED**:     9:05 A.M.
**TIME ADJOURNED:**     1:15 P.M.
**TOTAL TIME:**          4 hours 10 minutes

                                         *s/Ann Dello Iacono*
                                         **Deputy Clerk**